**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KUN W. LEE and HUYNG S. HAN,**

        **Plaintiffs,**

-vs-                                              Case No. 6:08-cv-1599-Orl-22GJK

**D & W CORP., HYUN S. CHOE and DONG Y. CHOE,**

        **Defendants.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF, KUN W. LEE'S MOTION TO DISMISS DEFENDANTS THIRD AFFIRMATIVE DEFENSE AND MEMORANDUM OF LAW IN SUPPORT THEREOF (Doc. No. 43)** |
| **FILED:** | **June 15, 2009** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED** *as unopposed*.

    On June 15, 2009, Plaintiff Kun W. Lee ("Plaintiff") filed a Motion to Dismiss Defendants' Third Affirmative Defense ("Motion") against Defendants D & W Corporation, Hyun S. Choe, and Dong Y. Choe (collectively, the "Defendants"). Doc. No. 43. The Motion is

unopposed. Accordingly, it is **RECOMMENDED** that the Motion (Doc. No. 43) be **GRANTED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 31, 2009.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record