# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KUN W. LEE and HUYNG S. HAN,**

        **Plaintiffs,**

**-vs-**                              **Case No. 6:08-cv-1599-Orl-22GJK**

**D & W CORP., HYUN S. CHOE and
DONG Y. CHOE,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Parties' Joint Motion for Approval of Settlement (Doc. No. 42) filed on May 14, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed July 14, 2009 (Doc. No. 46) is ADOPTED and CONFIRMED and made a part of this Order.

2.    The Parties' Joint Motion for Approval of Settlement (Doc. No. 42) is GRANTED to the extent the Court finds the parties' settlement is fair and reasonable.

3. This case is dismissed with prejudice with respect to the claims of Plaintiff Huyng S. Han. The Clerk is directed to terminate him as a party to this action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 31, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge