# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KUN W. LEE and HUYNG S. HAN,**

        **Plaintiffs,**

**-vs-**                                        **Case No. 6:08-cv-1599-Orl-22GJK**

**D & W CORP., HYUN S. CHOE and
DONG Y. CHOE,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Plaintiff, Kun W. Lee's Motion to Dismiss Defendants' Third Affirmative Defense (Doc. No. 43) filed on June 15, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted as unopposed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 31, 2009 (Doc. No. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff, Kun W. Lee's Motion to Dismiss Defendants' Third Affirmative Defense (Doc. No. 43) is **GRANTED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 9, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge