# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KUN W. LEE and HUYNG S. HAN,**

      **Plaintiffs,**

-vs-                                          Case No. 6:08-cv-1599-Orl-22GJK

**D & W CORP., HYUN S. CHOE and
DONG Y. CHOE,**

      **Defendants.**

## ORDER

This cause is before the Court on the Parties' Joint Motion for Approval of Settlement (Doc. No. 55) filed on September 16, 2009, and on Plaintiff's Motion for Sanctions Pursuant to Rule 37(d), Federal Rules of Civil Procedure (Doc. No. 47) filed July 30, 2009.

The United States Magistrate Judge has submitted a report recommending that the Joint Motion for Approval of Settlement be granted, and that the Plaintiff's Motion for Sanctions Pursuant to Rule 37(d), Federal Rules of Civil Procedure be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed October 5, 2009 (Doc. No. 56) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Parties' Joint Motion for Approval of Settlement (Doc. No. 55) is GRANTED to the extent the Court finds the parties settlement is fair and reasonable.

3. Plaintiff's Motion for Sanctions Pursuant to Rule 37(d), Federal Rules of Civil Procedure (Doc. No. 47) is DENIED as moot.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 25, 2009.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge